**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pulte Home Company LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Colony Specialty Insurance Company, et al.,<br><br>Defendants. | No. CV-23-01784-PHX-KML<br><br>**ORDER** |

      United Specialty Insurance Company ("USIC") seeks an extension until August 22, 2025, to complete its Rule 30(b)(6) depositions. The request is unopposed, and it will not impact any other deadline. Good cause existing, the request is granted.

      USIC and Contractors Insurance Company of North America ("CICNA") also have a discovery dispute regarding the permissible topics for the 30(b)(6) depositions. CICNA believes most of the topics "are disproportional, irrelevant, and overbroad." (Doc. 225 at 2.) USIC counters that the topics are relevant to either its defenses against the claims brought by plaintiff Pulte Home Company or USIC's third-party claims against CICNA. (Doc. 225 at 4.) At the very least, the topics are relevant to whether CICNA has violated the "cooperation clause and/or impaired the right of recovery against others . . . in violation of the insurance contract." (Doc. 225 at 4.) With the one exception below, USIC is entitled to explore the deposition topics set forth in its Rule 30(b)(6) deposition notice and CICNA must prepare its witnesses accordingly. (Doc. 225-1 at 2-5.)

      Topic five in the deposition notice seeks information regarding "PULTE's decision to not name CICNA a defendant in [this] action." (Doc. 225-1 at 4.) This topic likely calls

1 for information protected by the attorney-client privilege or work product doctrine. In
2 answering questions on this topic, CICNA is not required to reveal any information
3 protected by either the privilege or the doctrine.
4     Accordingly,
5     **IT IS ORDERED** the Motion to Continue (Doc. 224) is **GRANTED**. The deadline
6 for the completion of the Rule 30(b)(6) depositions is extended to **August 22, 2025**. All
7 other deadlines remain in place.
8     **IT IS FURTHER ORDERED** the Rule 30(b)(6) deposition may proceed except
9 topic five is limited as set forth above.
10     Dated this 21st day of July, 2025.

*[signature]*
Honorable Krissa M. Lanham
United States District Judge